AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

Date

/s/ ERICA K. ZUNKEL
Signature

Print Name                                              Bar Number

Address

City                      State                      Zip Code

Phone Number                                          Fax Number

1  **ERICA K. ZUNKEL**
   California State Bar No. 229285
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: erica_zunkel@fd.org

5  Attorneys for Ramon Penaloza-Jaimes

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                      **(HONORABLE RUBEN B. BROOKS)**

11 | UNITED STATES OF AMERICA,    )  Case No. 08MJ2407
                                  )
12 |         Plaintiff,            )
                                  )
13 | v.                            )  **CERTIFICATE OF SERVICE**
                                  )
14 | RAMON PENALOZA-JAIMES,        )
                                  )
15 |         Defendant.            )
   |_____)

17      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                          U.S. Attorney CR
                        Efile.dkt.gc2@usdoj.gov

21                                          Respectfully submitted,

23 DATED:    August 13, 2008              /s/ Erica K. Zunkel
                                          **ERICA K. ZUNKEL**
24                                        Federal Defenders of San Diego, Inc.
                                          Attorneys for Ramon Penaloza-Jaimes